# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       :      NO. 169
                                :

AMENDMENT OF RULE 219(b) OF THE :     DISCIPLINARY RULES
PENNSYLVANIA RULES OF          :
DISCIPLINARY ENFORCEMENT      :     DOCKET

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of September, 2018, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been submitted without publication in the interests of justice pursuant to Pa.R.J.A. No. 103(a)(3):

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 219 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.